Decided June 19, 2000

THOMAS W. COHN *v.* PETER JOHL ET AL.

The named defendant Peter Johl's petition for certification for appeal from the Appellate Court, 57 Conn. App. 902 (AC 18463), is denied.

*Daniel S. Steinberg*, in support of the petition.

* The appeal was withdrawn March 30, 2001.

*David F. Sherwood,* in opposition.

Decided June 19, 2000